439 A.2d 1249

**Carmella A. POLLACE, Appellant,**

**v.**

**WEST AMERICAN INSURANCE CO.**

Superior Court of Pennsylvania.

Argued Oct. 7, 1981.

Filed Jan. 19, 1982.

Peter J. Verderame, Langhorne Manor, for appellant.

Robert A. Naragon, Doylestown, for appellee.

Before CERCONE, President Judge, and HESTER, CAVANAUGH, WICKERSHAM, McEWEN, WIEAND, BECK, MONTEMURO and POPOVICH, JJ.

PER CURIAM:

The instant appeal was taken from an order of the lower court sustaining preliminary objections and dismissing one count of a two count complaint. There is no appeal as a right from such an interlocutory order, nor has permission for the appeal been granted. See Pa.R.A.P. 311, 312, 1301 et seq. The appeal is therefore quashed and the case remanded to the lower court for proceedings on the complaint's remaining count. Jurisdiction of this Court is relinquished.

Quashed and remanded.